# Court of Appeals
# of the State of Georgia

ATLANTA,   January 19, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0499. SARKIS AGASARKISIAN AND THE BEST JEWELRY MANUFACTURING COMPANY, INC. v. KHADELA JAGDISH KUMAR JIVARAV BHAI, D/B/A FIVE STAR DIAMOND, LLC., ET AL.**

Upon consideration of the Appellants' Motion to Remand the above styled case, the same is hereby GRANTED.  Case is Remanded to the trial court until such time as the record is prepared and complete, at which time the parties may refile the Notice of Appeal such that the case can be redocketed in this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   01/19/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                , *Clerk.*